FEBRUARY 18, 1997

No. 96–669. DUPREE ET AL. v. MOORE, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. Affirmed on appeal from D. C. S. D. Miss.

JUSTICE STEVENS and JUSTICE O'CONNOR would note probable jurisdiction.